CHARLES D. ALLEN, Respondent, *v.* WHITNEY-STEEN COMPANY, Appellant.

*Allen* v. *Whitney-Steen Co.*, 167 App. Div. 942, appeal dismissed.
(Argued September 27, 1915; decided October 5, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 15, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action for conversion.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous and that the exceptions were frivolous.

*Joseph Gans* for motion.

*Joseph R. Swan* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.